1  RICHARD WALLACE (STATE BAR NO. 124286)
   BRISCOE IVESTER & BAZEL LLP
2  155 Sansome Street, Seventh Floor
   San Francisco, California 94104
3  Telephone: (415) 402-2700
4  Facsimile:  (415) 398-5630
   rwallace@briscoelaw.net
5
   *Attorneys for Defendant*
6  *SALVADOR M. LOPEZ, INDIVIDUALLY*
   *and d/b/a EL FAROLITO BAR*
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 | INNOVATIVE SPORTS MANAGEMENT, INC., | Case No. C-11-03817-EMC |
11 | | **STIPULATION TO EXTEND TIME** |
12 | Plaintiffs, | **TO ANSWER COMPLAINT** |
   | | ORDER |
13 | v. | |
14 | SALVADOR M. LOPEZ, INDIVIDUALLY AND d/b/a EL FAROLITO BAR, | |
15 | | |
16 | Defendant. | |

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and through their counsel, hereby stipulate to the following:

1. The parties agree that the deadline for Defendant Salvador Lopez to respond to the complaint is extended to January 17, 2012.

2. Parties agree that the response, when filed, shall be in the form of an answer.

Dated: December 16, 2011

BRISCOE IVESTER & BAZEL LLP

By: _____
RICHARD WALLACE
Attorneys for Defendant
SALVADOR M. LOPEZ

Dated: December 19, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.

By: _____
THOMAS P. RILEY, P.C.
Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

CASE NO. C-11-03817-EMC

70337