RICHARD WALLACE (STATE BAR NO. 124286)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 402-2700
Facsimile:  (415) 398-5630
rwallace@briscoelaw.net

*Attorneys for Defendant*
SALVADOR M. LOPEZ, INDIVIDUALLY
and d/b/a EL FAROLITO BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SALVADOR M. LOPEZ, INDIVIDUALLY AND d/b/a EL FAROLITO BAR, <br><br> Defendant. | Case No. C-11-03817-EMC <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** <br> ORDER |

1     In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and
2 through their counsel, hereby stipulate to the following:

3     1.     The parties agree that the deadline for Defendant Salvador Lopez to respond to the
4           complaint is extended to January 17, 2012.
5     2.     Parties agree that the response, when filed, shall be in the form of an answer.

7 Dated: December 16, 2011           BRISCOE IVESTER & BAZEL LLP

9 By: _____
10                                         RICHARD WALLACE
                                          Attorneys for Defendant
11                                           SALVADOR M. LOPEZ

12 Dated: December 19, 2011           LAW OFFICES OF THOMAS P. RILEY, P.C.

15 By: _____
                                          THOMAS P. RILEY, P.C.
16                                           Attorneys for Plaintiff
                                          INNOVATIVE SPORTS MANAGEMENT, INC.

19 IT IS SO ORDERED:

21 _____
22 Edward M. Chen
    U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO. C-11-03817-EMC
70337