1  RICHARD WALLACE (STATE BAR NO. 124286)
   BRISCOE IVESTER & BAZEL LLP
2  155 Sansome Street, Seventh Floor
   San Francisco, California 94104
3  Telephone: (415) 402-2700
4  Facsimile: (415) 398-5630
   rwallace@briscoelaw.net
5
   *Attorneys for Defendant*
6  SALVADOR M. LOPEZ, INDIVIDUALLY
   *and d/b/a EL FAROLITO BAR*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

   INNOVATIVE SPORTS MANAGEMENT, INC.,    Case No. C-11-03817-EMC
11
                                          **STIPULATION TO EXTEND TIME
              Plaintiffs,                 TO ANSWER COMPLAINT**
12
                                          ORDER
13       v.

14 SALVADOR M. LOPEZ, INDIVIDUALLY AND
   d/b/a EL FAROLITO BAR,
15
              Defendant.
16

---

1

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT         CASE NO. C-11-03817-EMC

70337

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and through their counsel, hereby stipulate to the following:

1. The parties have agreed to engage in settlement discussions in an attempt to resolve this Action without litigation, and agree that a sixty-day extension of the deadline for Defendant's answer is warranted to allow those settlement discussions.

2. Therefore the parties agree that the deadline for Defendant Salvador Lopez to respond to the complaint is extended to March 23, 2012.

3. Parties agree that the response, when filed, shall be in the form of an answer.

Dated: January 24, 2012          BRISCOE IVESTER & BAZEL LLP

                                 By: _____
                                     RICHARD WALLACE
                                     Attorneys for Defendant
                                     SALVADOR M. LOPEZ

Dated: January 26, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.

                                 By: _____
                                     THOMAS P. RILEY, P.C.
                                     Attorneys for Plaintiff
                                     INNOVATIVE SPORTS MANAGEMENT, INC.

IT IS SO ORDERED

_____
EDWARD M. CHEN
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT          CASE NO. C-11-03817-EMC

70337