1  RICHARD WALLACE (STATE BAR NO. 124286)
   BRISCOE IVESTER & BAZEL LLP
2  155 Sansome Street, Seventh Floor
   San Francisco, California 94104
3  Telephone: (415) 402-2700
4  Facsimile:  (415) 398-5630
   rwallace@briscoelaw.net
5
   *Attorneys for Defendant*
6  *SALVADOR M. LOPEZ, INDIVIDUALLY*
   *and d/b/a EL FAROLITO BAR*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | INNOVATIVE SPORTS MANAGEMENT, INC., | Case No. C-11-03817-EMC |
11 |                                     |                          |
12 | Plaintiffs,                         | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
13 | v.                                  | ORDER                    |
14 | SALVADOR M. LOPEZ, INDIVIDUALLY AND d/b/a EL FAROLITO BAR, | |
15 |                                     |                          |
16 | Defendant.                          |                          |

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and through their counsel, hereby stipulate to the following:

1. The parties have agreed to engage in settlement discussions in an attempt to resolve this Action without litigation, and agree that a sixty-day extension of the deadline for Defendant's answer is warranted to allow those settlement discussions.

2. Therefore the parties agree that the deadline for Defendant Salvador Lopez to respond to the complaint is extended to March 23, 2012.

3. Parties agree that the response, when filed, shall be in the form of an answer.

Dated: January 24, 2012

BRISCOE IVESTER & BAZEL LLP

By: _____
RICHARD WALLACE
Attorneys for Defendant
SALVADOR M. LOPEZ

Dated: January 26, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.

By: _____
THOMAS P. RILEY, P.C.
Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.

IT IS SO ORDERED

_____
EDWARD M. CHEN
U.S. District Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT    CASE NO. C-11-03817-EMC

70337