RICHARD WALLACE (STATE BAR NO. 124286)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 402-2700
Facsimile: (415) 398-5630
rwallace@briscoelaw.net

*Attorneys for Defendant*
*SALVADOR M. LOPEZ, INDIVIDUALLY*
*and d/b/a EL FAROLITO BAR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SALVADOR M. LOPEZ, INDIVIDUALLY AND d/b/a EL FAROLITO BAR,<br><br>Defendant. | Case No. C-11-03817-EMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>ORDER |

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and through their counsel, hereby stipulate to the following:

1. The parties are engaged in settlement discussions in an attempt to resolve this Action without litigation, and previously agreed that the deadline for Defendant's answer to the Complaint was extended to March 23, 2012.

2. The parties agree that a further extension of the deadline for Defendant's answer is warranted to allow those settlement discussions to continue.

3. Therefore the parties agree that the deadline for Defendant Salvador Lopez to respond to the complaint is extended to June 4, 2012.

1

4. In accordance with their prior stipulation the Parties have agreed that the response, when filed, shall be in the form of an answer.

5. The Parties further agree that the Case Management Conference currently scheduled on April 6, 2012 at 9:00 a.m. in Courtroom 5, 17th Floor of the Court shall be continued to a date after June 4, 2012 that is acceptable to the Court, and the Parties respectfully request that the Court continue the Case Management Conference accordingly.

Dated: March 30, 2012                    BRISCOE IVESTER & BAZEL LLP

                                         By: _____
                                         RICHARD WALLACE
                                         Attorneys for Defendant
                                         SALVADOR M. LOPEZ

Dated: March 30, 2012                    LAW OFFICES OF THOMAS P. RILEY, P.C.

                                         By: _____
                                         THOMAS P. RILEY, P.C.
                                         Attorneys for Plaintiff
                                         INNOVATIVE SPORTS MANAGEMENT, INC.

IT IS SO ORDERED:    the CMC is reset for 6/22/12 at 9:00 a.m. A joint CMC Statement shall be filed by 6/15/12.

_____
EDWARD M. CHEN
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

2

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CMC         CASE NO. C-11-03817-EMC

70337