RICHARD WALLACE (STATE BAR NO. 124286)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 402-2700
Facsimile:  (415) 398-5630
rwallace@briscoelaw.net

*Attorneys for Defendant*
SALVADOR M. LOPEZ, INDIVIDUALLY
and d/b/a EL FAROLITO BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INNOVATIVE SPORTS MANAGEMENT, INC., | Case No. C-11-03817-EMC |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| SALVADOR M. LOPEZ, INDIVIDUALLY AND d/b/a EL FAROLITO BAR, | ORDER |
| Defendant. | |

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and through their counsel, hereby stipulate to the following:

1. The parties are engaged in settlement discussions in an attempt to resolve this Action without litigation, and previously agreed that the deadline for Defendant's answer to the Complaint was extended to June 4, 2012.

2. The parties agree that a further extension of the deadline for Defendant's answer is warranted to allow those settlement discussions to continue.

3. Therefore the parties agree that the deadline for Defendant Salvador Lopez to respond to the complaint is extended to August 6, 2012.

1

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CMC        CASE NO. C-11-03817-EMC

70337

4. In accordance with their prior stipulation the Parties have agreed that the response, when filed, shall be in the form of an answer.

5. The Parties further agree that the Case Management Conference currently scheduled on June 22, 2012 at 9:00 a.m. in Courtroom 5, 17th Floor of the Court shall be continued to a date after August 6, 2012 that is acceptable to the Court, and the Parties respectfully request that the Court continue the Case Management Conference accordingly.

Dated: June 18, 2012                      BRISCOE IVESTER & BAZEL LLP

By: _____
RICHARD WALLACE
Attorneys for Defendant
SALVADOR M. LOPEZ

Dated: June 18, 2012                      LAW OFFICES OF THOMAS P. RILEY, P.C.

By: _____
THOMAS P. RILEY, P.C.
Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.

IT IS SO ORDERED:    The CMC is reset to 8/10/12 at 9:00 a.m. A joint CMC Statement shall be filed by 8/3/12.

_____
EDWARD M. CHEN
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CMC        CASE NO. C-11-03817-EMC

70337