1

RICHARD WALLACE (STATE BAR NO. 124286)

2

BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor

3

San Francisco, California 94104
Telephone: (415) 402-2700

4

Facsimile:  (415) 398-5630
rwallace@briscoelaw.net

5

6

*Attorneys for Defendant*
*SALVADOR M. LOPEZ, INDIVIDUALLY*
*and d/b/a EL FAROLITO BAR*

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

INNOVATIVE SPORTS MANAGEMENT, INC.,

11

Plaintiffs,

12

13

v.

14

SALVADOR M. LOPEZ, INDIVIDUALLY AND
d/b/a EL FAROLITO BAR,

15

16

Defendant.

17

Case No. C-11-03817-EMC

**STIPULATION TO EXTEND TIME
TO ANSWER COMPLAINT AND
CONTINUE CASE
MANAGEMENT CONFERENCE**

ORDER

18

19

20

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Salvador M. Lopez, by and

21

through their counsel, hereby stipulate to the following:

22

1.   The parties are engaged in settlement discussions in an attempt to resolve this

23

Action without litigation, and previously agreed that the deadline for Defendant's

24

answer to the Complaint was extended to June 4, 2012.

25

2.   The parties agree that a further extension of the deadline for Defendant's answer is

26

warranted to allow those settlement discussions to continue.

27

3.   Therefore the parties agree that the deadline for Defendant Salvador Lopez to

28

respond to the complaint is extended to August 6, 2012.

1

4. In accordance with their prior stipulation the Parties have agreed that the response, when filed, shall be in the form of an answer.

5. The Parties further agree that the Case Management Conference currently scheduled on June 22, 2012 at 9:00 a.m. in Courtroom 5, 17th Floor of the Court shall be continued to a date after August 6, 2012 that is acceptable to the Court, and the Parties respectfully request that the Court continue the Case Management Conference accordingly.

Dated: June 18, 2012            BRISCOE IVESTER & BAZEL LLP


                                By: _____
                                    RICHARD WALLACE
                                    Attorneys for Defendant
                                    SALVADOR M. LOPEZ


Dated: June 18, 2012            LAW OFFICES OF THOMAS P. RILEY, P.C.


                                By: _____
                                    THOMAS P. RILEY, P.C.
                                    Attorneys for Plaintiff
                                    INNOVATIVE SPORTS MANAGEMENT, INC.


IT IS SO ORDERED:    The CMC is reset to 8/10/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 8/3/12.


_____
EDWARD M. CHEN
U.S. District Judge

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND CONTINUE CMC        CASE NO. C-11-03817-EMC

                                                    2

70337