Thomas P. Riley (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227
Telephone No. (626) 799-9797
Facsimile No. (626) 799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Innovative Sports Management, Inc.**

Richard J. Wallace (SBN 124286)
**BRISCOE IVESTER & BAZEL, LLP**
155 Sansome Street, 7th Floor
San Francisco, CA 94104
Telephone No. (415) 832-9287
Facsimile No. (415) 398-5630
rwallace@briscoelaw.net
**Attorneys for Defendant**
**Salvador M. Lopez**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **INNOVATIVE SPORTS MANAGEMENT, INC.,** | **Case No. 3:11-CV-03817-EMC** |
| **Plaintiff,** | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT; and (PROPOSED) ORDER** |
| **vs.** | |
| **SALVADOR M. LOPEZ.** | **FOR:   Hon. Edward M. Chen** |
| **Defendant.** | **DATE: Friday, September 14, 2012** |
| | **TIME: 10:30 A.M.** |

At the Case Management Conference in this Action on August 7, 2012, counsel for Plaintiff and Defendant advised the Court that the parties were engaged in settlement discussions, the Plaintiff having submitted a settlement demand to Defendant on August 2, 2012, and counsel requested the opportunity to pursue those settlement discussions before further proceedings in the Action are

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

required.  The Court continued the Case Management Conference to September 14, 2012 and extended the deadline for Defendant's answer to September 7, 2012 (Dkt. 24.)  The Court requested an "updated" Joint Case Management Conference Statement by September 7, 2012 advising the Court of new developments, without the necessity of reiterating the matters in the prior Joint Case Management Statement filed on July 25, 2012 (Dkt. 23.)  This Updated Joint Case Management Conference Statement is filed in accordance with those directions of the Court.

The parties are still engaged in meaningful settlement negotiations, although they have not resulted in a settlement.  The parties believe that further negotiations without the necessity of court proceedings may be productive and respectfully respect another brief one-month continuance of the Case Management Conference and extension of the deadline for Defendant's answer to the Complaint to allow those negotiations to continue.  The parties jointly request that the Court enter an Order accordingly.

Date: September 7, 2012            */s/ Thomas P. Riley*_____
                                   **LAW OFFICES OF THOMAS P, RILEY, P.C.**
                                   By: Thomas P. Riley
                                   Attorneys for Plaintiff
                                   Innovative Sports Management, Inc.

Date:  September 7, 2012           */s/ Richard J. Wallace*_____
                                   **BRISCOE IVESTER & BAZEL, LLP**
                                   By: Richard J. Wallace
                                   Attorneys for Defendant
                                   Salvador M. Lopez

///

///

///

///

**Case Management Order (Proposed)**

      The Updated Case Management Statement and Proposed Order is hereby adopted by the Court and good cause appear therefor it is ordered that the Case Management Conference is continued to _____Oct. 26_____, 2012 at _____10:30_____ a.m. in Courtroom 5, 17th Floor, San Francisco, CA, and Defendant's answer shall be filed by _____Oct. 9_____, 2012.

Dated:     September 13, 2012

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

_____
_____ward M. Chen
_____ted States District Court Judge
Northern District of California

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## PROOF OF SERVICE (SERVICE BY MAIL)

2

3          I declare that:

4          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years
5    and not a party to the within cause; my business address is First Library Square 1114 Fremont Avenue,
6    South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and
     processing of correspondence/documents for mail in the ordinary course of business.

7

8          On September 7, 2012I served:

9

10         **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

11         On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage
12   prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

13

14         Mr. Richard J. Wallace, Esq.                    (Attorneys for Defendant)
15         ***Briscoe Ivester & Bazel, LLP***              Salvador M. Lopez
16         155 Sansome Street, 7th Floor
           San Francisco, CA 94104
17         Email: rwallace@briscoelaw.net

18

19

20         I declare under the penalty of perjury pursuant to the laws of the United States that the
21   foregoing is true and correct and that this declaration was executed on September 7, 2012, at South
22   Pasadena, California.

23

24

25

26

27   Dated: September 7, 2012                         */s/ Vanessa Morales*_____
28                                                    **VANESSA MORALES**

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO. 3:11-CV-03817-EMC**
**PAGE 4**