**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALVADOR M. LOPEZ, ET AL., <br><br> Defendant. | Case No. 3:11-cv-3817-EMC <br><br> PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT  ; ORDER RESETTING CMC <br><br> FOR:   HON. EDWARD M. CHEN |

     **NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

     Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

///

///

1  **WHEREFORE,** the Parties respectfully request that all presently calendared
2  deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: September 21, 2012            *s/ Thomas P. Riley*
                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                     By: Thomas P. Riley
                                     Attorneys for Plaintiff
                                     Innovative Sports Management, Inc.

///

///

///   IT IS SO ORDERED that the Further CMC is reset from 10/26/12 to 12/14/12 at 10:30 a.m.
      An updated joint CMC statement shall be filed by 12/7/12.   These deadlines will be
///   vacated once a stipulation for dismissal is filed.

///

///   _____
      Edward M. Chen
      U.S. District Judge
///

///

///

///

///

///

///

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Page 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 21, 2012, I served:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Richard Jonathon Wallace, Esquire             (Attorneys for Defendant)
**BRISCOE IVESTER & BAZEL, LLP**
155 Sansome Street, 7th Floor
San Francisco, CA 94104

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 21, 2012, at South Pasadena, California.

Dated: September 21, 2012                *s/ Maria Baird*
                                          MARIA BAIRD

///
///
///
///
///