1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Innovative Sports Management, Inc.

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9
   Innovative Sports Management, Inc.,          CASE NO. 3:11-cv-3817-EMC
10
                   Plaintiff,                   **STIPULATION OF DISMISSAL OF
11                                              PLAINTIFF'S COMPLAINT AGAINST
         vs.                                    DEFENDANT SALVADOR M. LOPEZ,
12                                              individually and d/b/a EL FAROLITO**
13 Salvador M. Lopez, et al.,

14                 Defendant.
15

16

17      **IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS

18 MANAGEMENT, INC. and Defendant SALVADOR M. LOPEZ, individually and d/b/a EL

19 FAROLITO, that the above-entitled action is hereby dismissed **without prejudice** against

20 SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO, and subject to the Court's

21 jurisdiction to enforce the settlement agreement reached between the Parties.

22      **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

23 motion to reopen this action by December 28, 2012, the dismissal shall be deemed to be **with**

24 **prejudice.**

25 ///

26 ///

27 ///

28

STIPULATION OF DISMISSAL
3:11-cv-3817-EMC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 21, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.

Dated: 9/25/2012

BRISCOE IVESTER & BAZEL, LLP
By: Richard J. Wallace
Attorneys for Defendant
SALVADOR M. LOPEZ, individually and d/b/a
EL FAROLITO

IT IS SO ORDERED:

Dated: 11/14/12

The Hon.
United S
Northern

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION OF DISMISSAL
3:11-cv-3817-EMC
PAGE 2

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 1, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO**

On all parties in said cause by emailing same to the Defendants' counsel at the following e-mail addresses:

Richard Jonathon Wallace, Esquire          (Attorneys for Defendants)
**BRISCOE IVESTER & BAZEL, LLP**
155 Sansome Street, 7th Floor
San Francisco, CA 94104
e-mail: rwallace@briscolaw.net

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 1, 2012, at South Pasadena, California.

Dated: October 1, 2012

_____
MARIA BAIRD

///
///
///
///