Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc., | CASE NO. 3:11-cv-3817-EMC |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO |
| vs. | |
| Salvador M. Lopez, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendant SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO, that the above-entitled action is hereby dismissed **without prejudice** against SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 28, 2012, the dismissal shall be deemed to be **with prejudice.**

///

///

///

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated: September 21, 2012

7                                            LAW OFFICES OF THOMAS P. RILEY, P.C.
                                            By: Thomas P. Riley
8                                            Attorneys for Plaintiff
                                            INNOVATIVE SPORTS MANAGEMENT, INC.

9

10

11

12  Dated:  9 / 25 / 2012

13                                            BRISCOE IVESTER & BAZEL, LLP
                                            By:  Richard J. Wallace
14                                            Attorneys for Defendant
                                            SALVADOR M. LOPEZ, individually and d/b/a
15                                            EL FAROLITO

16

17

18

19

20

21

22  IT IS SO ORDERED.

23

24

25                                                              11/14/12
                                                          Dated:_____
26

27  The Hon
    United S
28  Northern                 Judge Edward M. Chen

STIPULATION OF DISMISSAL
3:11-cv-3817-EMC
PAGE 2

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 1, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SALVADOR M. LOPEZ, individually and d/b/a EL FAROLITO**

On all parties in said cause by emailing same to the Defendants' counsel at the following e-mail addresses:

Richard Jonathon Wallace, Esquire                    (Attorneys for Defendants)
**BRISCOE IVESTER & BAZEL, LLP**
155 Sansome Street, 7th Floor
San Francisco, CA 94104
e-mail: rwallace@briscolaw.net

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 1, 2012, at South Pasadena, California.

Dated: October 1, 2012

_____
MARIA BAIRD

///

///

///

///